FOX ROTHSCHILD LLP
Samantha H. Evans (SE 0728)
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212- 878-7900
Facsimile: 212-692-0940
*Attorneys for Plaintiff*
*Old Ladder Litigation Co., LLC,*
*As Litigation Designee on behalf*
*Of the Liquidation Trust*
[additional counsel on signature page]

**'08 CIV 5355**

RECEIVED
JUN 11 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

OLD LADDER LITIGATION CO., LLC,
as Litigation Designee on behalf of the
Liquidation Trust

                    Plaintiff,

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Delaware limited liability partnership,

                    Defendant.
----------------------------------------------------------------x

Case No.

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for plaintiff, Old Ladder Litigation Co., LLC, as Litigation Designee on behalf of the Liquidation Trust, certifies that the following are corporate parents, affiliates and/or subsidiaries of Old Ladder Litigation Co., LLC, as Litigation Designee on behalf of the Liquidation Trust, which are publicly held:

NY1 129453v1 06/11/08

None.

FOX ROTHSCHILD LLP

*Samantha Evans*

Samantha H. Evans (SE 0728)
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212- 878-7900
Facsimile: 212-692-0940
*Attorneys for Plaintiff*
*Old Ladder Litigation Co., LLC,*
*As Litigation Designee on behalf*
*Of the Liquidation Trust*

Anthony M. Saccullo*
Daniel K. Astin*
FOX ROTHSCHILD LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801
Telephone: 302-654-7444
Facsimile: 302-656-8920

**FREEDMAN & TAITELMAN, LLP**
Michael A. Taitelman*
1901 Avenue of the Stars, Suite 500
Los Angeles, California  90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

*seeking admission pro hac vice*