**FOX ROTHSCHILD LLP**
100 Park Avenue, 15th Fl.
New York, NY 10017
(212)-878-7900
Samantha H. Evans (SE 0728)
Daniel K. Astin*
Anthony M. Saccullo*

**FREEDMAN & TAITELMAN, LLP**
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
(310) 201-0005
Michael A. Taitelman*
*(*Seeking admission pro hac vice*)

*Attorneys for Plaintiff*
*Old Ladder Litigation Co., LLC,*
*As Litigation Designee on behalf*
*Of the Liquidation Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Delaware limited liability partnership,<br><br>Defendant. | Case No. 08-Civ-5355 (HB)<br><br>**NOTICE OF APPEARANCE** |

-----------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that Daniel K. Astin, Esq. of the law firm of Fox Rothschild LLP, hereby enters his appearance as counsel for Old Ladder Litigation Co., LLC, as Litigation Designee on behalf of the Liquidation Trust (the "Plaintiff"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Astin's contact information is:

NY1 129695v1 06/13/08

        Fox Rothschild LLP
        Citizens Bank Center, Suite 1300
        919 Market Street
        Wilmington, DE 19801
        Attn: Daniel K. Astin, Esq.
        Tel: (302) 622-4212
        Fax: (302) 656-8920
        Email: dastin@foxrothschild.com

Dated:    New York, New York
            June 13, 2008

        FOX ROTHSCHILD LLP
        Counsel to Plaintiff Old Ladder Litigation Co., LLC, as
         Litigation Designee on behalf of the Liquidation Trust

        By:  /s/ Daniel K. Astin
             Daniel K. Astin*
             Citizens Bank Center, Suite 1300
             919 Market Street
             Wilmington, DE 19801
             Tel: (302) 622-4212

        *(*Seeking pro hac vice admission*)