

**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Samantha H. Evans
Direct Dial: (212) 878-7934
Email Address: sevans@foxrothschild.com

July 21, 2008

**VIA FEDERAL EXPRESS AND**
**ORIGINAL BY ECF**
The Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    **Old Ladder Litigation Co., LLC v. PricewaterhouseCoopers, LLP**
             **Civil Action No. 08-CV-5355 (S.D.N.Y.)**

Dear Judge Baer:

This Firm represents plaintiff Old Ladder Litigation Co., LLC in the above-referenced matter. We write to request that the Court adjourn the Pre-Trial Conference scheduled for Thursday, August 7, 2008 at 3:45 p.m. until after plaintiff serves the Summons and Amended Complaint on the defendant. Plaintiff's deadline to serve the Summons and Amended Complaint is October 11, 2008.

Thank you very much for your time and consideration in connection with this request.

                                  Respectfully submitted,

                                  **FOX ROTHSCHILD LLP**

                                  By: /s/ Samantha H. Evans
                                  Samantha H. Evans (SE 0728)

OF COUNSEL:

**FOX ROTHSCHILD LLP**
Daniel K. Astin*
Anthony M. Saccullo*
Citizens Bank Center, Suite 1300


**Fox Rothschild LLP**
ATTORNEYS AT LAW

919 North Market Street
Wilmington, DE 19801
Telephone: 302-654-7444
Facsimile: 302-656-8920

**FREEDMAN & TAITELMAN, LLP**
Michael A. Taitelman*
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

*seeking admission pro hac vice*

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05355-HB

Old Ladder Litigation Co., L.L.C. v. Pricewaterhousescoopers, L.L.P.
Assigned to: Judge Harold Baer
Cause: 28:1331 Fed. Question: Other

Date Filed: 06/11/2008
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Old Ladder Litigation Co., L.L.C.**
*As Litigation Designee*
*on behalf of*
Liquidation Trust

represented by **Samantha Hillary Evans**
Fox Rothschild, LLP (NYC)
100 Park Avenue
New York, NY 10019
(212) 878-7934
Fax: (212) 692-0940
Email: sevans@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pricewaterhousescoopers, L.L.P.**
*A Delaware limited liability partnership*

**Interested Party**

**Fox Rothschild LLP**

represented by **John Aubrey Wait**
Fox Rothschild, Attorneys at Law (NYC)
100 Park Avenue, Suite 1500
New York, NY 10017
(212)-878-7900
Fax: (212)-692-0940
Email: jwait@foxrothschild.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2008 | 1 | COMPLAINT against Pricewaterhousescoopers, L.L.P.. (Filing Fee $ 350.00, Receipt Number 653827)Document filed by Old Ladder Litigation Co., L.L.C.(mme) (Entered: 06/13/2008) |
| 06/11/2008 | | SUMMONS ISSUED as to Pricewaterhousescoopers, L.L.P. (mme) (Entered: 06/13/2008) |
| 06/11/2008 | | Magistrate Judge Theodore H. Katz is so designated. (mme) (Entered: 06/13/2008) |

| | | |
|---|---|---|
| 06/11/2008 | | Case Designated ECF. (mme) (Entered: 06/13/2008) |
| 06/11/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Old Ladder Litigation Co., L.L.C.(mme) (Entered: 06/13/2008) |
| 06/13/2008 | 3 | NOTICE OF APPEARANCE by John Aubrey Wait on behalf of Fox Rothschild LLP (Wait, John) (Entered: 06/13/2008) |
| 06/13/2008 | 4 | AMENDED COMPLAINT amending 1 Complaint against Pricewaterhousescoopers, L.L.P. Document filed by Old Ladder Litigation Co., L.L.C. Related document: 1 Complaint filed by Old Ladder Litigation Co., L.L.C. (dle) (dle). (Entered: 06/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/17/2008 17:47:01 | | | |
| PACER Login: | fr0009 | Client Code: | Optional for PACER use only |
| Description: | Docket Report | Search Criteria: | 1:08-cv-05355-HB |
| Billable Pages: | 1 | Cost: | 0.08 |