**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

JUL 2 2 2008

Samantha H. Evans
Direct Dial: (212) 878-7934
Email Address: sevans@foxrothschild.com

July 21, 2008

**VIA FEDERAL EXPRESS AND**
**ORIGINAL BY ECF**
The Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, NY 10007

   Re:   Old Ladder Litigation Co., LLC v. PricewaterhouseCoopers, LLP
         **Civil Action No. 08-CV-5355 (S.D.N.Y.)**

Dear Judge Baer:

This Firm represents plaintiff Old Ladder Litigation Co., LLC in the above-referenced matter. We write to request that the Court adjourn the Pre-Trial Conference scheduled for Thursday, August 7, 2008 at 3:45 p.m. until after plaintiff serves the Summons and Amended Complaint on the defendant. Plaintiff's deadline to serve the Summons and Amended Complaint is October 11, 2008.

Thank you very much for your time and consideration in connection with this request.

SO ORDERED: *The PTC is scheduled for October 2, 2008, 2pm.*

/s/ Harold Baer
_____
Harold Baer, Jr., U.S.D.J.
Date: 8/1/08

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ Samantha H. Evans
Samantha H. Evans (SE 0728)

OF COUNSEL:

**FOX ROTHSCHILD LLP**
Daniel K. Astin*
Anthony M. Saccullo*
Citizens Bank Center, Suite 1300

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

NY1 301527v1 07/21/08



919 North Market Street
Wilmington, DE 19801
Telephone: 302-654-7444
Facsimile: 302-656-8920

**FREEDMAN & TAITELMAN, LLP**
Michael A. Taitelman*
1901 Avenue of the Stars, Suite 500
Los Angeles, California  90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

*seeking admission pro hac vice*