William F. Costigan, Esquire
DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
747 Third Avenue
New York, N.Y. 10017
Tel. No.: (212) 759-3300

Dimitri L. Karapelou, Esquire
CIARDI CIARDI & ASTIN, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel. No. (215) 557-3550

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, As Litigation Designee on behalf of the Liquidation Trust, | Case No. 08-cv-5355 |
| Plaintiff, | |
| -against- | |
| PRICEWATERHOUSECOOPERS LLP, a Delaware limited liability partnership Defendant. | |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of Fox Rothschild, LLP withdraws as Counsel for Plaintiff and the law firms of Dornbush Schaeffer Strongin & Venaglia and Ciardi Ciardi & Astin, P.C. shall appear as Counsel for Plaintiff instead.

Dated: August 18, 2008

DORNBUSH SCHAEFFER STRONGIN &
VENAGLIA, LLP

By: _____
William F. Costigan, Esquire
747 Third Avenue
New York, N.Y. 10017
Tel.:  (212) 759-3300
Fax:   (212) 753-7673
Email: costigan@dssvlaw.com

*Successor Counsel for Plaintiff*


CIARDI CIARDI & ASTIN, P.C.

By: _____
Dimitri L. Karapelou, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel.:  (215) 557-3550
Fax:   (215) 557-3551
Email: dkarapelou@ciardilaw.com

*Successor Counsel for Plaintiff*


FREEDMAN & TAITELMAN, LLP
Michael A. Taitelman, Esquire *
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel.:  310-201-0005
Fax:   310-201-0045
* *seeking admission pro hac vice as
successor counsel for Plaintiff*

FOX ROTHSCHILD, LLP

By: _____
Fred Stevens
100 Park Avenue, Suite 1500
New York, NY 10017
Tel.:  (212) 878-7900
Fax:  (212) 692-0940
Email:  fstevens@foxrothschild.com

*Departing Counsel for Plaintiff*

SO ORDERED:

_____
The Honorable Harold Baer, Jr.
United States District Judge