William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
weinstei@hugheshubbard.com

Attorneys for Defendant PricewaterhouseCoopers LLP

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>                  Plaintiff,<br><br>                  v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Delaware limited liability partnership,<br><br>                  Defendant. | Case No.: 08-CIV-5355 (HB)<br><br>**WAIVER OF SERVICE OF SUMMONS AND AMENDED COMPLAINT** |

To:    Clerk of the United States District Court
         for the Southern District of New York

Defendant PricewaterhouseCoopers LLP, incorrectly identified as PricewaterhouseCoopers, LLP, acknowledges receipt of Plaintiff's Amended Complaint and waives service of the summons and Amended Complaint.

60379538_1.DOC

Dated:   August 22, 2008

Respectfully submitted,

/s/ William R. Maguire

William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
weinstei@hugheshubbard.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

TO:   Fred Stevens, Esq.
      Samantha H. Evans, Esq.
      Fox Rothschild LLP
      100 Park Avenue, 15th Floor
      New York, New York 10017

      Michael A. Taitelman, Esq.
      Freedman & Taitelman, LLP
      1901 Avenue of the Stars, Suite 500
      Los Angeles, California 90067

      Daniel K. Astin, Esq.
      Anthony M. Saccullo, Esq.
      Ciardi Ciardi & Astin, P.C.
      901 North Market Street, Suite 700
      Wilmington, Delaware 19801

      *Attorneys for Plaintiff Old Ladder Litigation Co., LLC*

      William F. Costigan, Esq.
      Dornbush Schaeffer Strongin & Venaglia, LLP
      747 Third Avenue
      New York, New York 10017

2

Dimitri L. Karapelou, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

*Proposed Attorneys for Plaintiff Old Ladder Litigation Co., LLC*

William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
weinstei@hugheshubbard.com

Attorneys for Defendant PricewaterhouseCoopers LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>       Plaintiff,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Delaware limited liability partnership,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 08-CIV-5355 (HB)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 22nd day of August, 2008, I did cause to be served true and correct copies of Defendant PricewaterhouseCoopers LLP ("PwC")(i) Notice of Motion to Dismiss the Amended Complaint; (ii) Memorandum in Support of its Motion to Dismiss; (iii) the Declaration of Marc A. Weinstein in support of the Motion to Dismiss filed; (iv) PwC's Notice of Appearance and Waiver of Service of Summons and Amended Complaint; and (v) PwC's Rule 7.1 Disclosure Statement via hand delivery to:

60379467_1.DOC

Fred Stevens, Esq.
Samantha H. Evans, Esq.
Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, New York 10017

Michael A. Taitelman, Esq.
Freedman & Taitelman, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067

William F. Costigan, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, New York 10017

and via Federal Express to:

Dimitri L. Karapelou, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Ciardi Ciardi & Astin, P.C.
901 North Market Street, Suite 700
Wilmington, Delaware 19801

   I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 22, 2008

                                                     _____
                                                            Jeffrey S. Margolin

60379467_1.DOC