William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
weinstei@hugheshubbard.com

Attorneys for Defendant PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, a Delaware limited liability partnership, <br><br> Defendant. | **ORAL ARGUMENT REQUESTED** <br><br> Case No.: 08-CIV-5355 (HB) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Marc A. Weinstein and all attachments thereto and all prior pleadings and papers filed in this action, PricewaterhouseCoopers LLP will move this Court, before the Honorable Harold Baer, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the claims asserted against it in the Amended Complaint filed in this action.

Dated:   August 22, 2008

                                               Respectfully submitted,

*/s/ William R. Maguire*

William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel:  (212) 837-6000
weinstei@hugheshubbard.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

TO:    Fred Stevens, Esq.
        Samantha H. Evans, Esq.
        Fox Rothschild LLP
        100 Park Avenue, 15th Floor
        New York, New York 10017

        Michael A. Taitelman, Esq.
        Freedman & Taitelman, LLP
        1901 Avenue of the Stars, Suite 500
        Los Angeles, California 90067

        Daniel K. Astin, Esq.
        Anthony M. Saccullo, Esq.
        Ciardi Ciardi & Astin, P.C.
        901 North Market Street, Suite 700
        Wilmington, Delaware 19801

        *Attorneys for Plaintiff Old Ladder Litigation Co., LLC*

        William F. Costigan, Esq.
        Dornbush Schaeffer Strongin & Venaglia, LLP
        747 Third Avenue
        New York, New York 10017

Dimitri L. Karapelou, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

*Proposed Attorneys for Plaintiff Old Ladder Litigation Co., LLC*

William R. Maguire
Marc A. Weinstein
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
weinstei@hugheshubbard.com

Attorneys for Defendant PricewaterhouseCoopers LLP

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>       Plaintiff,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Delaware limited liability partnership,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 08-CIV-5355 (HB)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

  I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 22nd day of August, 2008, I did cause to be served true and correct copies of Defendant PricewaterhouseCoopers LLP ("PwC")(i) Notice of Motion to Dismiss the Amended Complaint; (ii) Memorandum in Support of its Motion to Dismiss; (iii) the Declaration of Marc A. Weinstein in support of the Motion to Dismiss filed; (iv) PwC's Notice of Appearance and Waiver of Service of Summons and Amended Complaint; and (v) PwC's Rule 7.1 Disclosure Statement via hand delivery to:

Fred Stevens, Esq.
Samantha H. Evans, Esq.
Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, New York 10017

Michael A. Taitelman, Esq.
Freedman & Taitelman, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067

William F. Costigan, Esq.
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, New York 10017

and via Federal Express to:

Dimitri L. Karapelou, Esq.
Ciardi Ciardi & Astin, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Ciardi Ciardi & Astin, P.C.
901 North Market Street, Suite 700
Wilmington, Delaware 19801


I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 22, 2008

*/s/ Jeffrey S. Margolin*
Jeffrey S. Margolin

60379467_1.DOC